PAUL NICHOLS,                 )
                                       )
           Plaintiff,          )
                                         )
v.                                    )       **DEFENDANT'S NOTICE**
                                       )       **OF INTENT TO FILE**
VECELLIO & GROGAN, INC.,       )       **DISPOSITIVE MOTION**
                                         )
           Defendant.       )
_____ )

Pursuant to Local Rule 56.1(a), defendant Vecellio & Grogan, Inc. hereby gives notice of intent to file a summary judgment motion in this case.

This the 25th day of February, 2010.

                             **s/ John J. Doyle, Jr.**
                             N.C. State Bar No. 1235
                             CONSTANGY, BROOKS & SMITH, LLP
                             100 North Cherry Street, Suite 300
                             Winston-Salem, NC  27101
                             Telephone: (336) 721-1001
                             Facsimile:  (336) 748-9112
                             Email:  jdoyle@constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2010, I electronically filed **DEFENDANT'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **no CM/ECF participants**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **Paul Nichols, 1511 Willow Road, Greensboro, NC 27401.**

> **s/ John J. Doyle, Jr.**
> N.C. State Bar No. 1235
> CONSTANGY, BROOKS & SMITH, LLP
> 100 North Cherry Street, Suite 300
> Winston-Salem, NC 27101
> Telephone: (336) 721-1001
> Facsimile: (336) 748-9112
> Email: jdoyle@constangy.com